**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LAWANNA M. RHODES                                                         PLAINTIFF

v.                                        NO. 4:12CV00769 JLH

AUTOZONERS, LLC                                                          DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for twenty-four (24) months to enforce the terms of the settlement agreement, if necessary.

IT IS SO ORDERED this 28th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE